**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2018 CA 1122

CROSSTEX ENERGY SERVICES, LP, ET AL.

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

Judgment Rendered: **SEP 1 6 2019**

* * * * * * *

APPEALED FROM THE 23RD JUDICIAL DISTRICT COURT
ASSUMPTION PARISH, LOUISIANA
DOCKET NUMBER 34,202

HONORABLE THOMAS KLIEBERT JR., JUDGE PRESIDING

* * * * * * *

| | |
|---|---|
| Leopold Z. Sher<br>James M. Garner<br>Peter L. Hilbert, Jr.<br>Jeffrey D. Kessler<br>New Orleans, Louisiana<br>and<br>Robert Ryland Percy, III<br>Gonzales, Louisiana<br>and<br>Travis J. Turner<br>Gonzales, Louisiana | Attorneys for Defendant/<br>Third-Party Plaintiff/Appellant<br>Texas Brine Company, LLC |
| Glen E. Mercer<br>Kourtney Twenhafel<br>New Orleans, Louisiana | Attorneys for Third-Party<br>Defendant Steadfast<br>Insurance Company |
| Mary S. Johnson<br>Chad J. Mollere<br>Mandeville, Louisiana | Attorneys for Third-Party<br>Defendants AIG Specialty<br>Insurance Company, Lexington<br>Insurance Company, and<br>National Union Fire Insurance<br>Company of Pittsburgh, PA |

**BEFORE: McDONALD, WELCH, and CRAIN, JJ.**

**McDONALD, J.,**

This appeal relates to one of several lawsuits arising from the August 3, 2012 sinkhole that developed near Bayou Corne in Assumption Parish, Louisiana. In this case, Texas Brine Company, LLC, defendant and third-party plaintiff, appeals a district court judgment dismissing third party defendants in this litigation, Steadfast Insurance Company, AIG Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA, with prejudice in their capacity as insurers of Adams Resources Exploration Company,[1] on a motion for involuntary dismissal.

Another panel of this court recently affirmed the district court's involuntary dismissal of Texas Brine's claims against Browning Oil Company, Inc. *See* **Pontchartrain Natural Gas System v. Texas Brine Company, LLC**, 2018-0631 (La. App. 1 Cir. 7/3/19), __ So.3d __, __, 2019 WL 2865136, p. 6. There, Texas Brine similarly argued the depressurization of the AH1 reservoir by production from the AH1 well contributed to the collapse of the OG3 cavern and the formation of the sinkhole. In that case, the court concluded that "Our review of the totality of the evidence presented at trial reveals that Browning's operations played absolutely no role in any of the causative factors for the development of the sinkhole and the damage that resulted." **Pontchartrain Natural Gas System**, __ So.3d at __, 2019 WL 2865136, p. 5.

Thereafter, in **Florida Gas v. Texas Brine**, 2018-0907 (La. App. 1 Cir. 8/29/19), __ So.3d __, 2019 WL 4073383, for similar reasons, another panel of this court found that the record reasonably supported the conclusion that Adams Resources' operations were not a causative factor for the development of the sinkhole and the resulting damages. In that case, this court affirmed a November 11, 2017, district court judgment dismissing Texas Brine's claims against Steadfast Insurance Company, AIG

---

[1] Adams Resources filed bankruptcy in 2017 and did not participate in the trial. *See* **In Re Adams Resources Exploration Corporation**, 17-10866, 2017 WL 5479425 (Bankr. D. Del. 5/24/17). The bankruptcy stay was lifted to allow the claims against Adams Resources' insurers, which were not released by the bankruptcy, to proceed. See La. R.S. 22:1269A and B.

Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA, in their capacity as insurers of Adams Resources Exploration Company.

The judgment in this case is based on the same evidence considered in **Florida Gas v. Texas Brine**, __ So.3d __, 2019 WL 4073383, and we affirm the November 11, 2017 district court judgment involuntarily dismissing Steadfast Insurance Company, AIG Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA, in their capacity as insurers of Adams Resources Exploration Company with prejudice for the reasons stated therein.[2] This summary opinion is issued in accordance with Uniform Rules–Courts of Appeal, Rule 2-16.2A(2) and (8). All costs of this appeal are assessed against Texas Brine Company, L.L.C.

**AFFIRMED.**[3]

---

[2] Texas Brine also maintains that the district court erred in its dismissal of Texas Brine's claims against the insurers of Adams Resources based on Louisiana law in effect before 1996. For the reasons provided in **Pontchartrain Natural Gas System**, __ So.3d at __, 2019 WL 2865136, p. 5, this argument has no merit.

[3] Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc. filed a motion to consolidate this appeal with eight other appeals arising out of the liability trial. As to this appeal, that motion is denied.